UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 10-21451-CIV-MARTINEZ/BROWN

HELENE HUTT, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

CITY OF MIAMI, a municipal corporation chartered by the State of Florida,

Defendant.

_________________________________________/

**DEFENDANT, CITY OF MIAMI'S MOTION FOR CLARIFICATION OF OMNIBUS ORDER OF OCTOBER 18, 2010**

The Defendant, City of Miami ("the City"), by and through its undersigned counsel, hereby files this Motion for Clarification of Omnibus Order of October 18, 2010 and states as follows:

1. On October 18, 2010, this Court entered an Omnibus Order addressing the relief sought by the parties in five separate motions, as follows:

Plaintiff's Motion for Extension of Deadlines Set in Trial Order (D.E. No. 52) [Denied as moot];

Plaintiff's Motion to Compel Discovery or Alternatively for Partial Modification of the PSLRA Disqualifying (D.E. No. 42) [Denied];

Defendant City of Miami's Motion for Protective Order Over Plaintiff's First Request for Production of Documents (D.E. No. 46) [Granted per 15 U.S.C. § 78u-4(b)(3)(B) but Denied in all other respects];

Plaintiff's Motion to Strike Defendant's Reply as Untimely Under Local Rule 7.1.c1(A) (D.E. No. 50) [Denied]; and

Defendant City of Miami's Motion for Leave to Allow Filing of its Reply to Plaintiff's Opposition to the City's Motion for Protective Order as to Plaintiff's First Request for Production of Documents Outside of Deadline for Filing (D.E. No. 51) [Granted].

A copy of the Omnibus Order is attached hereto for reference.

2. In the body of the Order on page 2, the Court stated that "the deadlines in this case including the discovery deadlines should be stayed pending the Court's resolution of the pending motion to dismiss."

3. Moreover, in paragraph 4 of its Order, on page 3, the Court ordered and adjudged that "Defendant, The City of Miami, must respond in writing with its response and objections to Plaintiff's First Request for Production of Documents within twenty (20) days of the entry of a ruling on the pending Motion to Dismiss."

4. The City would respectfully request that the Court clarify these portions of its Omnibus Order as they appear inapposite to the Court's note that "discovery is stayed pursuant to 15 U.S.C. § 78u-4(b)(3)(B)" and the Court's decision to postpone the trial and entry of a new scheduling order until the Motion to Dismiss is resolved.

5. The City would also request that the Court confirm that the City is not precluded from seeking the attorney's fees and costs it may incur in responding to the discovery. The City is not seeking an affirmative ruling on this issue at this time, only a ruling that nothing in the Omnibus Order will preclude the City from moving for its attorney's fees and costs if it chooses to do so at the appropriate time.

6. The City has shown this Motion to opposing counsel and counsel has advised the City they oppose the Motion.

WHEREFORE, The City, respectively requests that the Court's October 18, 2010 Omnibus Order be clarified as set forth herein.

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Noticed of Electronic Filing.

**COLE, SCOTT & KISSANE, P.A.**
Dadeland Centre II, 14th Floor
9150 South Dadeland Boulevard
Miami, Florida 33156
Telephone: (305) 350-5300
Facsimile: (305) 373-2274
Attorneys for the City of Miami

s/Scott A. Cole
Thomas E. Scott (FBN: 149100)
Scott Cole (FBN: 885630)
Steven Safra (FBN: 057028)

**SERVICE LIST**

Emily C. Komlossy
ekomlossy@faruqilaw.com
3595 Sheridan Street, Suite 206
Hollywood, Florida 33021
Tel: 954-239-0280
Fax: 954-239-0281

GARDY & NOTIS, LLP
Mark C. Gardy
mgardy@gardylaw.com
James S. Notis
jnotis@gardylaw.com
Kelly A. Noto
knoto@gardylaw.com
560 Sylvan Avenue
Englewood Cliffs, New Jersey 07632
Tel: 201-0567-7377
Fax: 201-567-7337

SADIS & GOLDBERG LLP
Douglas R. Hirsch
dhirsch@sglawyers.com
Charles H. Dufresne
cdufresne@sglawyers.com
551 Fifth Avenue, 21st Floor
New York, New York 10176
Tel: 212-573-6660
Fax: 212-573-6661
*Counsel for Plaintiff*