IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No: 10-21451-CIV-MARTINEZ/MCALILEY

HELENE HUTT, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

CITY OF MIAMI, a municipal corporation chartered by the State of Florida,

                Defendant.

**STIPULATION ON PLAINTIFF HELENE HUTT'S
VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)**

WHEREAS, Plaintiff Helene Hutt ("Plaintiff") commenced this action on May 4, 2010 against the City of Miami ("City" or "Defendant");

WHEREAS, on July 15, 2010, Defendant filed its motion to dismiss the complaint, which motion was opposed;

WHEREAS, on January 31, 2011, this Court granted in part, and denied in part Defendant's motion to dismiss and ordered Plaintiff to file an amended complaint by February 11, 2011;

WHEREAS, on February 11, 2011, Plaintiff filed her Amended Complaint;

WHEREAS, on February 18, 2011, Defendant filed its motion to dismiss the Amended Complaint, which motion was opposed;

WHEREAS, on September 9, 2011, this Court denied Defendant's motion to dismiss;

1

WHEREAS, on September 19, 2011, Defendant filed its Answer and Affirmative Defenses to Amended Complaint;

WHEREAS, from the inception of this case until September 9, 2011, all discovery was stayed pursuant to the PSLRA;

WHEREAS, on October 17, 2011, the Court entered an Order Setting Trial Date and Pretrial Schedule, Requiring Mediation and Referring Certain Motions to Magistrate Judge, including a trial date of August 27, 2012, which was amended in part by Order dated December 22, 2012;

WHEREAS, on October 24, 2011, Plaintiff moved to Compel the Production of Documents;

WHEREAS, on November 1, 2011, Defendant moved for a Protective Order;

WHEREAS, after numerous "meet and confer" meetings, Plaintiff and Defendant resolved certain discovery issues that were the subject of Plaintiff's Motion to Compel and Defendant's Motion for Protective Order and accordingly withdrew these motions on November 7, 2011;

WHEREAS, since November 7, 2011, Plaintiff has produced approximately 5,782 pages of documents to Defendant in response to its First Request for the Production of Documents;

WHEREAS, Defendant has produced over 1.6 million pages of documents to Plaintiff in response to her Request for the Production of Documents, and third parties have produced over approximately 60,000 pages of documents;

IT IS HEREBY STIPULATED, CONSENTED TO, AND AGREED by the parties hereto on this 17th day of January, 2012 that:

1. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this Action is dismissed with prejudice as to Plaintiff Helene Hutt and without prejudice to members of the putative class.

2. Each side will bear its own attorneys' fees and costs, with the condition that should Plaintiff's counsel re-file an action arising out of the same transactions and events, counsel for Defendant shall seek, and Plaintiff's counsel shall be responsible for the fees and costs incurred in this action.

3. The parties agree that this Court shall retain jurisdiction for any post-dismissal issues.

Dated: January 17, 2012

| **COLE SCOTT & KISSANE, P.A.** | **FARUQI & FARUQI, LLP** |
|---|---|
| By: __/s/ Scott A. Cole_____ | By: __/s/ Emily C. Komlossy__ |
| Scott A. Cole | Emily C. Komlossy (FBN: 007714) |
| Dadeland Centre II, 14th Floor | 3595 Sheridan Street, Suite 206 |
| 9150 South Dadeland Boulevard | Hollywood, FL 33021 |
| Miami, FL 33156 | Tel: (954) 239-0280 |
| Tel: (305) 350-5329 | Fax: (954) 239-0281 |
| Fax: (305) 373-2294 | |
| | **GARDY & NOTIS, LLP** |
| *Attorneys for Defendant* | |
| | By: __/s/ Meagan Farmer__ |
| | James S. Notis |
| | Meagan Farmer |
| | 560 Sylvan Avenue |
| | Englewood Cliffs, NJ 07632 |
| | |
| | *Attorneys for Plaintiff* |